LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:06-cr-0356 FCD |
|---|---|
| Plaintiff, | ORDER CONTINUING HEARING FROM AUGUST 20, 2007, AT 10:00 AM. TO AUGUST 27, 2007 AT 10:00 AM; EXCLUSION OF TIME |
| v. | |
| SAM WANG CHAO | |
| Defendant, | |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties filed August 17, 2007 and good cause appearing therefore,

IT IS ORDERED THAT: the Hearing now set for August 20, 2007, is vacated and the matter set for a status conference on, August 27, 2007, at 10:00 am.

//
//
//
//
//
//
///

1

1
2    Further, the Court finds that the defendants' need for additional time to prepare
3 exceeds the public interest in a trial within 70 days and, therefore, the interests of justice
4 warrant a further exclusion of time until the hearing on August 27, 2007.  Based upon
5 this finding and the representations of the parties, the Court excludes time from
6 August 20, 2007, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local
7 Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance
8 on August 27, 2007, or by further order of this Court.
9
10 Dated:   August 17, 2007
11
12                                         _____
13                                         FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28