LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214
Stste Bar #201384

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>SAM WANG CHAO<br><br>    Defendant, | No. CR. 06-0356 FCD<br><br>ORDER EXONERATING BAIL AND ORDER FOR RECONVEYANCE OF DEEDS OF TRUST |

The defendant having been sentenced on January 8, 2008, having reported to the facility designated by the Bureau of Prisons on Februay 19, 2008, and good cause appearing therefore:

IT IS ORDERED THAT: the deeds of trust, previously posted as security in this matter is hereby exonerated and the Clerk of the Court or his designee is directed to forthwith exonerate the bail posted in this matter; i.e., deeds to properties – 8350 Hayfield Circle, Sacramento and 8477 Zinnia Way, Elk Grove, and to prepare and cause to be filed any Deeds of Reconveyance as necessary to fully exonerate bail.

Date: October 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1