UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                                        RE:    Sam Wang CHAO
                                                 Docket Number:  2:06CR00356-02
                                                 PERMISSION TO TRAVEL
                                                 <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Honolulu, Hawaii.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 8, 2008, Mr. Chao was sentenced for the offense(s) of  21 USC 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana and 21 USC 841(a)(1) - Manufacturing at Least 1,000 Plants of Marijuana.

**Sentence imposed:**   30 months custody Bureau of Prisons as to each count, to run concurrently; 36 months Supervised Release as to each count, to run concurrently; and a $200 Special Assessment.  **Special Conditions:**  Warrantless search; Drug/alcohol treatment program/testing; Co-payment for treatment/testing; and Drug offender registration.

**Dates and Mode of Travel:**  Mr. Chao will fly to Hawaii on November 7, 2010, and return on November 12, 2010.

**Purpose:**  Vacation.

**RE:    Sam Wang CHAO**
       **Docket Number:  2:06CR00356-02**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

**DATED:**   October 20, 2010
            Elk Grove, California
            KMM/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved   X

October 25, 2010
**Date**

_____
**FRANK C. DAMRELL, JR.**
**United States District Judge**